

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00169-CV

| | | |
|---|---|---|
| ROBERT H. HENRY; MARGARET GREEN HENRY, INDIVIDUALLY AND AS TRUSTEE OF MARGARET GREEN HENRY TRUST u/w/o WILLIAM H. GREEN, JR., AND AS TRUSTEE OF MARGARET GREEN HENRY TRUST u/w/o ELIZABETH MOORE GREEN; CLAYTON MOORE HENRY; AND HELEN HENRY WRIGHT, Appellants | § § § | On Appeal from the 97th District Court of Archer County (2017-0100A-CV) |
| V. | § | November 24, 2021 |
| GEORGE RAY SMITH, SUSAN A. TULL AND SHANNON L. RILEY, IN THE CAPACITIES AS CO-EXECUTORS OF THE ESTATE OF C.B. CHRISTIE, JR., DECEASED, Appellees | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment denying permanent injunctive relief to Appellants Robert H. Henry; Margaret Green Henry, Individually and as Trustee of Margaret Green Henry Trust u/w/o William H. Green, Jr., and as Trustee of Margaret Green Henry Trust u/w/o Elizabeth Moore Green; Clayton Moore Henry; and Helen Henry Wright (Surface Owners') regarding violations of the Natural Resources Code arising from violations of the NEC. We reverse that portion of the trial court's judgment in favor of Appellees George Ray Smith, Susan A. Tull and Shannon L. Riley, in the capacities as Co-Executors of the Estate of C.B. Christie, Jr., Deceased (Lessees) as to the summary judgment on the Surface Owners' breach of contract claim regarding the covenants and remand this case to the trial court for further proceedings on that claim. We reverse that portion of the trial court's judgment denying Surface Owners' request for a permanent injunction against Lessees' trespass on Surface Owners' estate and remand the case to the trial court for entry of a permanent injunction enjoining Lessees from future trespass.

It is further ordered that Appellants Robert H. Henry; Margaret Green Henry, Individually and as Trustee of Margaret Green Henry Trust u/w/o William H. Green, Jr., and as Trustee of Margaret Green Henry Trust u/w/o Elizabeth Moore Green; Clayton Moore Henry; and Helen Henry Wright shall pay one-hlaf of all costs of this

appeal and that Appellees George Ray Smith, Susan A. Tull and Shannon L. Riley, in the capacities as Co-Executors of the Estate of C.B. Christie, Jr., Deceased shall pay one-half of all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach